```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 23244
   MONIQUE GIPSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-9141


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
   The case was filed on 09/02/2008 and was not confirmed.

   The case was dismissed without confirmation 01/29/2009.
-----------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | SECURED VEHIC | 25134.00 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 2753.81 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED NOT I | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4344.23 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED NOT I | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | PRIORITY | NOT FILED | .00 | .00 |
| RMI/MCSI | PRIORITY | NOT FILED | .00 | .00 |
| RMI/MCSI | PRIORITY | NOT FILED | .00 | .00 |
| RMI/MCSI | PRIORITY | 1650.00 | .00 | .00 |
| RMI/MCSI | PRIORITY | NOT FILED | .00 | .00 |
| RMI/MCSI | PRIORITY | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | PRIORITY | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 725.00 | .00 | .00 |
| TCF | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BLMDSNB | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 902.03 | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 15886.00 | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 23244 MONIQUE GIPSON

```
HSBC BANK                     UNSECURED     NOT FILED              .00              .00
HSBC/RS                       UNSECURED     NOT FILED              .00              .00
COMPUCREDIT CORPORATION       UNSECURED        420.85              .00              .00
IMAGINE/FBOFD                 UNSECURED     NOT FILED              .00              .00
MANCHESTER COURT APT          UNSECURED     NOT FILED              .00              .00
ROUNDUP FUNDING LLC           UNSECURED        916.97              .00              .00
TCF NATIONAL                  UNSECURED     NOT FILED              .00              .00
SBC                           UNSECURED     NOT FILED              .00              .00
GREGORY EMERGENCY PH          UNSECURED     NOT FILED              .00              .00
PROVIDIAN FINANCIAL           UNSECURED     NOT FILED              .00              .00
ISAC                          UNSECURED       3585.53              .00              .00
ROUNDUP FUNDING LLC           UNSECURED        567.28              .00              .00
REAELMA GIPSON                NOTICE ONLY   NOT FILED              .00              .00
ARROW FINANCIAL SERVICES      UNSECURED       3561.61              .00              .00
AIS SERVICES LLC              UNSECURED        929.28              .00              .00
GLENDA J GRAY                 DEBTOR ATTY        .00                                .00
TOM VAUGHN                    TRUSTEE                                               .00
DEBTOR REFUND                 REFUND                                                .00
```

## Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                         ---------------       ---------------
TOTALS                                 .00                   .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE